UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HEATHER CODDINGTON,

    Plaintiff,

vs.                                            Case No.: 5:12-cv-00585-MMH-PRL

TOWN OF MONTVERDE,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Pursuant to the Court's Order, dated June 28, 2013, Defendant, TOWN OF MONTVERDE, by and through its undersigned counsel hereby gives notice that the parties have reached an amicable settlement of all claims in the above-referenced matter. Accordingly, this matter can be removed from the Court's trial docket commencing on December 2, 2013.

                                      Respectfully submitted,

                                      /s/ *Cindy A. Townsend*
                                      MICHAEL J. ROPER, ESQ.
                                      Florida Bar No. 0473227
                                      mroper@bellroperlaw.com
                                      CINDY A. TOWNSEND, ESQ.
                                      Florida Bar No. 0788961
                                      Primary E-Mail: ctownsend@bellroperlaw.com
                                      Secondary E-Mail: hcavallo@bellroperlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy hereof has been electronically filed with the Clerk of the Court by using the CM/EFC system which will send a notice of electronic filing to Travis R. Hollifield, Esquire, Primary E-Mail: trh@trhlaw.com, Hollifeld Legal Center, 147 East Lyman Avenue, Suite C, Winter Park, FL  32789, on this _____ day of July, 2013.

/s/ *Cindy A. Townsend*
MICHAEL J. ROPER, ESQ.
Florida Bar No. 0473227
mroper@bellroperlaw.com
CINDY A. TOWNSEND, ESQ.
Florida Bar No. 0788961
ctownsend@bellroperlaw.com
hcavallo@bellroperlaw.com
Bell & Roper, P.A.
2707 East Jefferson St.
Orlando, FL   32803
407-897-5150 - Telephone
407-897-3332 - Facsimile
Attorneys for Defendant